UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>YINEBAB G MALLE,<br><br>　　　　　　　　Defendant. | CR16-99 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion to continue trial and pretrial motions due date, docket no. 23, is DENIED. The parties' stipulated motion does not provide adequate reasons to find the ends of justice outweigh the best interest of the public and the defendant to a speedy trial pursuant to 18 U.S.C. § 3161(a). The trial will proceed as scheduled on June 13, 2016.

(2) The Court SETS a status conference for Thursday, June 2, 2016, at 1:30 p.m. The Court STRIKES the motion hearing currently set for Tuesday, May 31, 2016, at 1:30 p.m.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of May, 2016.

　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　s/Karen Dews
　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1