UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>YINEBAB G MALLE,<br><br>    Defendant. | CR16-99 TSZ<br><br>ORDER |

On June 2, 2016, a Status Hearing was held in the above-captioned case.

THE COURT NOW FINDS that pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(i)(ii), the ends of justice served by continuing the trial date from June 13, 2016, to August 15, 2016, outweigh the best interests of the public and the defendant in a speedy trial, in that, it has been demonstrated that additional time is necessary for counsel to review and analyze discovery materials, to effectively prepare for trial, and to prepare the presentation of a defense; and defendant has filed a waiver of Speedy Trial.

IT IS THEREFORE ORDERED THAT trial in this matter is continued from June 13, 2016, until August 15, 2016, at 9:00 a.m.  The resulting period of delay from the

ORDER - 1

1 current trial date of June 13, 2016, up to and including August 15, 2016, is hereby
2 excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).
3  The pretrial motions deadline is extended until August 10, 2016.
4  IT IS SO ORDERED.
5  Dated this 3rd day of June, 2016.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge