JUDGE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) NO. CR16-099TSZ |
|---|---|
| Plaintiff, | ) ORDER GRANTING |
| | ) UNOPPOSED MOTION FOR EARLY |
| v. | ) TERMINATION OF |
| | ) SUPERVISED RELEASE |
| YINEBAB MALLE, | ) |
| Defendant. | ) |

This matter has come before the Court on Yinebab Malle's motion, docket no. 56, to terminate his remaining period of supervised release. The Court has reviewed the motion, records, and files herein, as well as the factors set forth in 18 U.S.C. § 3553(a).

IT IS NOW ORDERED that Yinebab Malle's term of supervised release be terminated pursuant to 18 U.S.C. § 3583(e).

DATED this 2nd day of April, 2020.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge

Presented by:

s/ *Corey Endo*
Assistant Federal Public Defender
Attorney for Yinebab Malle

ORDER FOR EARLY TERMINATION OF
SUPERVISED RELEASE
(*Yinebab Malle*; CR16-099TSZ) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
**(206) 553-1100**